UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | United States of America | **Defendant(s):** | Richard Carter ; Jerry Goodwin ; R&J Feed Co. ; Carter Livestock, Inc. |
| County of Residence: Outside State of Missouri | | County of Residence: Outside State of Missouri | |
| County Where Claim For Relief Arose: Jackson | | | |

Plaintiff's Atty(s):

**Charles Mark Thomas , Assistant United States Attorney** ( United States of America )
**United States Attorney's Office**
**400 East Ninth Street, Room 5510**
**Kansas City, Missouri  64106**
**(816) 426-3130**

Defendant's Atty(s):

II. Basis of Jurisdiction: **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
  Plaintiff:- **N/A**
  Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **890 Other Statutory Actions**

VI. Cause of Action: **31 U.S.C. Section 3729-33**

VII. Requested in Complaint
  Class Action:
  Dollar Demand: **N/A**
  Jury Demand: **No**

**Signature:** s/ Charles M. Thomas

**Date:** 6/16/2010

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 05/09/06